## Johnson v. The State.

APPEAL from Montgomery City Court.
Tried before the Hon. A. D. SAYRE.

No counsel marked as appearing for appellant.

CHAS. G. BROWN, Attorney-General, for the State.

The appellant, Eugene Johnson, was indicted, tried and convicted for burglary and sentenced to two years imprisonment in the penitentiary.

The judgment is affirmed.

Opinion PER CURIAM.